# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Dunham, et al., | No. CV-16-00551-PHX-MHB |
| Plaintiffs, | **ORDER** |
| v. | |
| Michael A. Macchairoli, et al., | |
| Defendant. | |

Pursuant to the Stipulation to Dismiss with Prejudice (Doc. 16),

IT IS ORDERED granting the Stipulation (Doc. 16),

IT IS FURTHER ORDERED dismissing this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 14th day of November, 2016.

_____
Honorable Michelle H. Burns
United States Magistrate Judge